# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL R. FANNING and CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS,

          Plaintiffs,

v.

GREAT LAKES EXCAVATING, INC.,

          Defendant,

and

ASSOCIATED BANK,

          Garnishee-Defendant.

Case No. 16-MC-43-JPS

**ORDER**

On July 12, 2016, judgment was entered in favor of Plaintiffs and against Defendant in the amount of $79,246.78, together with costs and post-judgment interest, in the United States District Court for the District of Columbia, Case No. 16-CV-497-APM. (Docket #1). On June 23, 2017, Plaintiffs served a Garnishment Summons and Complaint on Associated Bank. (Docket #3). On July 17, 2017, Associated Bank answered, indicating that it was in possession of $1,013.90 of Defendant's assets. (Docket #17).

This matter now comes before the Court on Plaintiffs' motion for entry of a turn-over order against Associated Bank in the amount of $1,013.90. (Docket #21). Plaintiffs indicate that there remains $36,653.63,

plus post-judgment interest, due and owing on the judgment entered on July 12, 2016. *Id.* at 2. The Court is satisfied that Plaintiffs are entitled to a turn-over order against Associated Bank in the amount of $1,013.90. *See* Fed. R. Civ. P. 69(a); Wis. Stat. §§ 812.01 *et seq*.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for entry of a turn-over order against Garnishee-Defendant Associated Bank (Docket #21) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Garnishee-Defendant Associated Bank shall pay to Plaintiffs the sum of $1,013.90.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge